**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:11cr47**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MIMI WYATT CLARK. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 18].

The Government seeks dismissal of the Bill of Indictment without prejudice. Fed.R.Crim.P. 48(a). The motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 18] is hereby **GRANTED** and the Bill of Indictment in this case is hereby **DISMISSED** without prejudice.

Signed: January 13, 2012

Martin Reidinger
United States District Judge